# United States Bankruptcy Court
## District of New Jersey

In re **Derrick Lamar Cain** Case No. **22-14749**
Debtor(s) Chapter **7**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Derrick Lamar Cain**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☑ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 6, 2022** Signature **/s/ Derrick Lamar Cain**
**Derrick Lamar Cain**
Debtor