UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ANDREW FINBERG, TRUSTEE

525 Route 73 South, Suite 200
Marlton, NJ 08053
(856) 988-9055
Chapter 7 Trustee

In Re:

Derrick Lamar Cain

Case No.: 22-14749 ABA

Adv. No.: ______________

Hearing Date: 11/1/22 at 2:00pm

Judge: ANDREW B. ALTENBURG JR.

**CERTIFICATION IN SUPPORT OF MOTION TO DISMISS CASE**

I, ANDREW FINBERG, hereby certify as follows:

1. On June 09, 2022, the Debtor filed a Chapter 7 petition.

2. On June 10, 2022, I was appointed the Interim Chapter 7 Trustee.

3. The first meeting of creditors was scheduled for July 8, 2022. However, the Debtor failed to appear and the hearing was adjourned until August 30, 2022.

4. At the hearing on August 30, 2022, there was no appearance by the Debtor or counsel and the hearing was adjourned until September 12, 2022.

5. On September 12, 2022, the meeting of creditors was held. However, the matter was left open so that counsel could provide tax returns, bank statements and a copy of Amended Schedules I and J. Specifically, during the meeting of creditors, counsel advised that his office filed amended I and J "the other day". I advised that we had not received amended schedules and to provide to my office that day along with the other outstanding documents.

6. On September 23, 2022, my office sent a follow up email to Mr. Siddons. No response.

7. On September 29, 2022, my office sent another follow up email to Mr. Siddons. No Response.

8. Therefore, it's respectfully requested that Debtor's case be dismissed.

9. It is further requested that fees and costs be awarded for having to bring this motion.

The foregoing statements made by me are true. I am aware that if the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Andrew Finberg
ANDREW FINBERG, Chapter 7 Trustee

Date: October 4, 2022