# EXHIBIT A

# Timesheet Report



**Trustee: Andrew Finberg (501100)**

**Period: 07/07/22 - 12/01/22**

**Case Number:** 22-14749 ABA **Case Name:** DERRICK LAMAR CAIN

**Case Type:** No Asset **Judge:** ANDREW B. ALTENBURG JR.

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 07/07/22 | Case Review | Review of case Preparations for pending 341(a) hearing on July 8, 2022. No documentation submitted | 0.20 | $80.00 |
| 07/08/22 | Case Review | Review of case initial 341(a) hearing: Debtor's counsel appears but Debtor does not appear. Hearing rescheduled to August 30, 2022 | 0.10 | $40.00 |
| 08/30/22 | Case Review | Review of case: Prepare, send to opposing counsel and submit consent order extending time to object to discharge | 0.20 | $80.00 |
| 08/30/22 | Case Review | Review of case Phone call to Debtor's counsel from Jaimie Finberg, Esquire, advising that neither Debtor or Debtor's counsel appeared for rescheduled 341(a) hearing. Advise that 341(a) hearing will be adjourned until September 12, 2022. Counsel advises that there is an issue with their software and that meeting was not listed | 0.20 | $80.00 |
| 09/09/22 | Case Review | Review of case prepare for adjourned 341(a) hearing date date on September 12, 2022. | 0.20 | $80.00 |
| 09/23/22 | Case Review | Review of case email to Debtor's counsel advising that amended schedules had yet to be filed in accordance with counsel's testimony at 341(a) hearing | 0.10 | $40.00 |

# Timesheet Report



**Trustee: Andrew Finberg (501100)**

**Period: 07/07/22 - 12/01/22**

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 09/29/22 | Case Review | Review of case: follow up email to Debtor's counsel advising that information from 341 hearing has not been submitted and that motion to dismiss will be filed unless immediate actions are taken | 0.20 | $80.00 |
| 10/04/22 | Case Review | Review of case: motion to extend time to object to discharge<br>Prepare and file motion to extend time to object to Debtor's discharge | 0.50 | $200.00 |
| 10/04/22 | Case Review | Review of case: motion to dismiss case<br>Prepare and file motion to dismiss Debtor's case for failure to cooperate | 0.50 | $200.00 |
| 11/01/22 | Case Review | Review of case: phone call to Debtor's counsel as to motion to reinstate on shorten time<br>Phone call to Debtor's counsel in efforts to discuss/resolve issues with case | 0.10 | $40.00 |
| 11/15/22 | Case Review | Review of case: prepare opposition to Debtor's motion to reinstate case<br>prepare opposition with regards to Debtor's motion to reinstate case. List all aspects of case history | 0.50 | $200.00 |
| 11/22/22 | Case Review | Review of case<br>Review case history in preparation for oral argument before Court. Participate in Court hearing as to Debtor's motion to reinstate case | 1.00 | $400.00 |
| 11/23/22 | Case Review | Review of case: phone call with Debtor's paralegal<br>Discuss information required from 341(a) hearing and what is necessary for case to proceed | 0.20 | $80.00 |

# Timesheet Report



**Trustee: Andrew Finberg (501100)**

**Period: 07/07/22 - 12/01/22**

| Date | Category | Description | Hours/Unit | Total |
|---|---|---|---|---|
| 11/29/22 | Case Review | Review of case: prepare opposition to Debtor's motion to withdraw dismissal<br>Prepare and file opposition to Debtor's counsel's withdraw of motion to reinstate. | 0.50 | $200.00 |
| 11/29/22 | Case Review | Review of case<br>Phone call with Debtor's counsel as to issues associated with case | 0.20 | $80.00 |
| 11/30/22 | Case Review | Review of case<br>Prepare fee application | 0.30 | $120.00 |
| 12/01/22 | Case Review | Review of case<br>prepare and attend hearing on Debtor's motion to reinstate (Anticipated) on December 6, 2022 | 0.50 | $200.00 |
| | | **Total for case:** | **5.50** | **$2,200.00** |
| | | **Grand Total:** | **5.50** | **$2,200.00** |